FORM B1
(6/90)

# FORM 1. VOLUNTARY PETITION

## United States Bankruptcy Court
### EASTERN District of NEW YORK

**VOLUNTARY PETITION**

| IN RE (Name of debtor-If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| S.K. NEW YORK LLC | |
| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names) | ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names) |
| None | |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 06-1512536 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 150-24 Northern Boulevard Flushing, New York 11354 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Queens | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) Same | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) Same | VENUE (Check one box) XX Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- ☐ Individual
- ☐ Joint (Husband & Wife)
- ☐ Partnership
- ☒ Other: Limited Liability Company
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☐ Municipality

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED** (Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304—Case Ancillary to Foreign Proceeding

**NATURE OF DEBT**
- ☐ Non-Business/Consumer
- ☐ Business — Complete A & B below

**FILING FEE** (Check one box)
- ☒ Filing fee attached
- ☐ Filing fee to be paid in installments. (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**A. TYPE OF BUSINESS** (Check one box)
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☐ Other Business

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Samuel E. Kramer
225 Broadway, New York NY 10007
Telephone No. (212) 285-2290

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
Ownership and operation of Real Estate

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR** (Print or Type Names)
Samuel E. Kramer, Esq (sk-6948)
☐ Debtor is not represented by an attorney.

### STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. §604)
(Estimates only) (Check applicable boxes)

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1,000-9,999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**ESTIMATED LIABILITIES (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1,000-9,999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**EST. NO. of Employees—CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1,000 over |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

**EST. NO. OF EQUITY SECURITY HOLDERS—CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

THIS SPACE FOR COURT USE ONLY

FORM B1—Cont.
(6/90)

Name of Debtor ____SK New York LLC____

Case No. _____
(Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☒ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Dated Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES
#### ATTORNEY

X _[signature]_____  Date _September 23, 2004_

SAMUEL E. KRAMER   (sk 6948)
Attorney I.D. Number

#### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

#### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X _[signature]_____
Signature of Authorized Individual

DAVID C. MUN
Print or Type Name of Authorized Individual

SENIOR VICE PRESIDENT/MANAGER
Title of Individual Authorized by Debtor to File This Petition

SEPT 23, 2004
Date

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 96-353 § 322)

I am aware that I may proceed under Chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7 of such title.

If I am represented by an attorney, Exhibit "B" has been completed.

X _____   _____
Signature of Debtor                                    Date

X _____   _____
Signature of Joint Debtor                              Date

### EXHIBIT "B" (To be completed by attorney for individual Chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   _____
Signature of Attorney                                  Date

Samuel E. Kramer, Esq. SK-6948)
225 Broadway - Suite 3300
New York, New York 10007
*Attorney for Debtor*
*S.K. New York, LLC*
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                  Chapter 7

      S.K. NEW YORK LLC                                            No. 04-

               Debtor.
-----------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, David C. Mun, Senior Vice President of S.K. New Chief Executive Officer of S.K.NEWYORK, L.L.C., a New York Limited Liability Company corporation (the "Company"), do hereby certify that the following is a true and correct copy of resolutions duly adopted at a special meeting of the Board of Managers of the Company, held telephonically on Sept. 23, 2004, and that said resolutions have not been modified or rescinded, and are in full force and effect on the date hereof

      WHEREAS, after due consideration, the Board of Managers believes it is desirable and in the best interest of the Company, its creditors, its members and other interested parties, that a voluntary petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11, United States Code, 11 U.S..C.§§ 101 et seq. (the "Bankruptcy Code"); and it is further

      RESOLVED, that any or all of the managers or officers of the Company be, and each of them Hereby are, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") at such time as the officer executing the petition on behalf of the Company shall determine; and it is further

      RESOLVED, that any or all of the officers of the Company be, and each of them hereby are, authorized and empowered, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in this Chapter 7 case; and it is further

RESOLVED, that the Company be, and it hereby is, authorized and directed to retain the law firm of Samuel E. Kramer, with offices located at 225 Broadway - Suite 3300, New York, New York 10007, as bankruptcy counsel to the Company in connection with the aforesaid Chapter 7 case and for all other relevant purposes; and it is further

RESOLVED, that any and all past actions heretofore taken by officers of the Company in the name of and on behalf of the Company in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 23 day of SEPTEMBER, 2004.

_____
DAVID C. MUN

**ACKNOWLEDGMENTS**

STATE OF NEW YORK    :

                 SS   :

COUNTY OF NEW YORK :

On the 23 day of September in the year 2004, before me, the undersigned, a Notary Public in and for said State, personally appeared David Mun, who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose is subscribed to the within instrument and acknowledged to me that he has executed the same to his capacity and that by his signature on the instrument, the individual or the person upon which the individual acted, executed the instrument.

_____
(Signature of Notary Public)

SAMUEL E. KRAMER
Notary Public, State of New York
No. 24K4795609
Qualified in Nassau County
Commission Expires Fed. 28, 20 06

STATE OF NEW YORK : 
                      ss : 
COUNTY OF NEW YORK :

      DAVID C. MUN, being duly sworn, deposes and says:

      I am Senior Vice President of debtor, S.K. New York L.L.C., a corporation duly organized under the laws of New York.

      I make this verification based upon the books and records of said debtor and in accordance with my duties as an officer thereof, and upon the authority of the Board of Manager of said corporation.

      I have read the foregoing Creditors Matrix and know the contents thereof; the same is true to my own knowledge, except as to matters stated therein to be alleged upon information and belief, and as to those matters, I believe it to be true based upon the documents contained in the file maintained by plaintiffs, in connection with this matter, and based upon my personal knowledge of the facts herein.

                                              _____
                                              DAVID C. MUN

Duly sworn to before me this
23 day of SEPTEMBER, 2004

_____
Notary Public,
State of New York

        SAMUEL E. KRAMER
   Notary Public, State of New York
         No. 24KR4795609
    Qualified in Nassau County
  Commission Expires Feb. 28, 20___